# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3466
LT Case No. 2020-CF-667

_____

TRAVIS S. SMITH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 appeal from the Circuit Court for Flagler County.
Terence R. Perkins, Judge.

James Smith, Windermere, for Appellant.

No Appearance for Appellee.

February 27, 2024

PER CURIAM.

AFFIRMED.

WALLIS, JAY, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____